# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ANTHONY J. FRALLICCIARDI**

vs.    **CASE NUMBER: 5:10-CV-657 (NAM/DEP)**

**MARY HARVEL**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Motion for Leave to Proceed in forma pauperis is DENIED without prejudice, it is further Ordered that Plaintiff's Complaint is DISMISSED.  Judgment is hereby entered in favor of the defendant and this case is closed.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 7th day of October, 2010.

DATED: October 8, 2010

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk